**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02697-RBJ-MJW

H.E. WHITLOCK, INC., a Colorado Corporation,

      Plaintiff,

v.

RICK COULTER aka RICHARD S. COULTER,
CAMILLA COULTER,
STEVE CUMMINGS aka STEVEN R. CUMMINGS,
LINDA CUMMINGS aka LINDA R. CUMMINGS and
GENERAL SERVICES ADMINISTRATION-SOCIAL SECURITY OFFICE, Trinidad,
Colorado,

      Defendants.

---

**ORDER OF DISMISSAL**

---

The matter is before me on the NOTICE OF VOLUNTARY DISMISSAL filed

November 5, 2012.  After reviewing the notice and the file, I conclude that the notice

should be approved and that this action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED as follows:

    1. That the NOTICE OF VOLUNTARY DISMISSAL filed November 5, 2012, is

       APPROVED;

    2. That any pending motion is DENIED as moot; and

    3. That this matter is DISMISSED WITH PREJUDICE.

DATED: 11/5/2012

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge