# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02697-RBJ-MJW

H.E. WHITLOCK, INC., a Colorado Corporation,

       Plaintiff,

v.

RICK COULTER aka RICHARD S. COULTER,
CAMILLA COULTER,
STEVE CUMMINGS aka STEVEN R. CUMMINGS,
LINDA CUMMINGS aka LINDA R. CUMMINGS and
GENERAL SERVICES ADMINISTRATION-SOCIAL SECURITY OFFICE, Trinidad, Colorado,

       Defendants.

## ORDER OF DISMISSAL

The matter is before me on the NOTICE OF VOLUNTARY DISMISSAL filed November 5, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED as follows:

1. That the NOTICE OF VOLUNTARY DISMISSAL filed November 5, 2012, is APPROVED;

2. That any pending motion is DENIED as moot; and

3. That this matter is DISMISSED WITH PREJUDICE.

1

2

DATED: 11/5/2012

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge